

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| JOHN GUERRERO, | § | No. 08-22-00042-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| A. C. G., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCM6921) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 5, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Brock Benjamin, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 5, 2022.

IT IS SO ORDERED this 7th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.